THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. DEVINNY, Appellant.— Judgment of conviction affirmed. All concurred, except Woodward, J., dissenting.

SAMUEL SHAPIRO, Appellant, v. JOHN D. LYONS, Respondent.— Judgment and order unanimously affirmed, with costs; the court being of the opinion that on the merits the case is so clear in favor of the defendant the erroneous rulings should be disregarded under the Code of Civil Procedure.

HAROLD R. SWEET, Respondent, v. LONDON AND LANCASHIRE FIRE INSURANCE COMPANY, LTD., Appellant.— Judgment and order unanimously affirmed, with costs.

CLARENCE STARKS, Appellant, v. THOMAS FITZGERALD, Respondent.— Motion denied.

LOUISE WHITE THORNTON, Appellant, v. ALICE WHITE and Others, Respondents.— Motion denied.

CHARLES EDWARD VOSBURY, Appellant, v. SOUTHERN TIER PUBLISHING COMPANY, Respondent.— Motion denied.

CHARLES EDWARD VOSBURY, Appellant, v. CORTLAND STANDARD PRINTING COMPANY, Respondent.— Motion denied.

---

## FIRST DEPARTMENT, JULY, 1919.

JAMES T. LEONARD & Co., INC., Appellant, Respondent, *v.* WARNER-GODFREY Co., Respondent, Appellant.

Cross-appeals from orders of the Supreme Court, entered in the New York county clerk's office on the 23d day of January, 1919, and the 25th day of February, 1919, respectively; the appeal by the plaintiff being from that part which grants defendant's motion to set aside the verdict and for a new trial, and the appeal by the defendant from that part which denies its motion to set aside the verdict and for a new trial.

PER CURIAM: We think the verdict was neither against the weight of evidence nor contrary to law. The amount awarded by the jury was not excessive. There was sufficient evidence to sustain the finding that the plaintiff was entitled to punitive damages because of express malice on the part of the defendant. The order setting aside the verdict of the jury should be reversed and the verdict of $10,000 reinstated, with costs to the plaintiff. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ. Orders so far as appealed from by defendant affirmed; so far as appealed from by plaintiff reversed, with costs to plaintiff, and verdict reinstated and judgment directed to be entered thereon, with costs.